ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-cr-00275-JAM |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| TERRY CHAFIN, | DATE: June 2, 2026 |
| Defendant. | TIME:  9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status of counsel on June 2, 2026.

2.     By this stipulation, the defendant now moves to continue the status conference until **August 25, 2026, at 09:00 a.m.**, and to exclude time between June 2, 2026, and August 25, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and cellular telephone extractions.  All of this discovery has been either produced directly to counsel and/or

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

made available for inspection and copying.

b)   Counsel was just appointed on May 7, 2026.  Counsel for the defendant desires additional time consult with her client, review the current charges, conduct defense investigation, review the discovery, and otherwise prepare for trial.

c)   Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 2, 2026, to August 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the request of the defendant on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 15, 2026                              ERIC GRANT
                                                              United States Attorney


                                                              /s/ JUSTIN L. LEE
                                                              JUSTIN L. LEE
                                                              Assistant United States Attorney

Dated:  May 15, 2026                              /s/ TONI WHITE
                                                              TONIE WHITE
                                                              Counsel for Defendant
                                                              TERRY CHAFIN


                                    **ORDER**


**IT IS SO ORDERED**.

Dated: May 18, 2026          _____
                                              JOHN A. MENDEZ,
                                              SENIOR UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3