TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95623
(530) 885-6244

Attorney for Defendant
TERRY CHAFIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY CHAFIN,<br><br>Defendant. | No. 2:25-cr-00275-JAM-1<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: December 1, 2026<br>Time: 9:00 am<br>Dept: Honorable John A. Mendez |

**STIPULATION**

The Government, by and through its counsel of record, JUSTIN LEE and defendant, TERRY CHAFIN, by and through his counsel of record, TONI WHITE, hereby stipulate as follows:

1. This case was previously set for a status conference on December 1, 2026.

2. By this stipulation, defendant now moves to continue the status conference until December 1, 2026, and to exclude time between December 1, 2026 and February 9, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel was appointed on May 8, 2026 in this matter and is in the process of reviewing discovery and consulting with Mr. Chafin.

b) Defense counsel needs additional time to continue reviewing the discovery in this matter, consulting with the defendant, reviewing the current charges, conducting investigation, discussing potential resolutions, and otherwise to preparing for trial.

c) Defense counsel has been hospitalized and had two cardiac procedures since the beginning of October and is in the process of being stabilized on medication. Work in this matter is continuing but more on a slower pace. Additional time is needed to complete the items listed in (b) above.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2026 to February 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated: November 19, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant United States Attorney

Dated: November 19, 2026

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
TERRY CHAFIN

**ORDER**

Based on the stipulation of the parties, the December 01, 2026 status conference is **CONTINUED** to **February 09, 2027, at 9:00 a.m.**, in courtroom 6, before Senior United States District Judge John A. Mendez. Time is **EXCLUDED** as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: November 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE